

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Lee Ann Colbert,

Vs. No. 11-18-00063-CV

Brad Smith and Haley Smith and
Rolling Plains Funeral Homes, Inc.
d/b/a Smith Family Funeral Home,

\* From the 39th District Court
of Haskell County,
Trial Court No. 12258.

\* March 19, 2020

\* Memorandum Opinion by Stretcher, J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is reversed, and the cause is remanded for further proceedings. The costs incurred by reason of this appeal are taxed against Lee Ann Colbert.